# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0928

_____

JUSTIN T. SCHIPANI,

    Appellant,

v.

DONNA D. SCHIPANI,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Leigh Stevens, Judge.

July 8, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Justin T. Schipani, pro se, Appellant.

Donna D. Schipani, pro se, Appellee.